UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS - EL PASO DIVISION

| | | |
|---|---|---|
| **EL PASO PARENTS, et al.,** | § | |
| Plaintiffs, | § | |
| | § | 3:21-CV-298-KC |
| v. | § | |
| | § | |
| **EL PASO INDEP'T SCHOOL DIST., et al.** | § | |
| *Defendants*. | § | |

## PLAINTIFFS' WRITTEN STATUS REPORT REGARDING INJUNCTIVE RELIEF

EL PASO PARENTS and all other plaintiffs file this notice of status in response to the Court's Order dated December 8, 2021, commanding Plaintiffs to clarify the current status of Defendants' mask mandate policy and its impact on Plaintiffs' request for injunctive relief on or before December 13, 2021.

As its recent filing states, Defendants continue to claim the authority to institute a mask mandate based on pronouncements by the local health authority, making the issue before the Court uncertain. (See Doc. 6.)

However, Plaintiffs recognize that Defendant El Paso ISD is unlikely to issue a mask mandate in the remaining week of the present school semester; the school calendar suggests that El Paso ISD is unlikely to interfere with parental authority regarding mask use before the next semester's start in January of 2022. In the interest of judicial efficiency, Plaintiffs are willing to take the authorities at their word and refrain from seeking relief at this time.

The Plaintiffs *do* ask the Court for 30 days to amend their complaint to reflect factual developments and to more properly meet the format and style expectations of this Honorable Court, as it was originally written for adjudication in a state district court.

Respectfully submitted,

/s/ Warren V. Norred
Warren V. Norred, Texas Bar No. 24045094
warren@norredlaw.com
Norred Law, PLLC
515 E. Border St., Arlington, Texas 76010
P: 817-704-3984; F: 817-524-6686
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE -** I certify that on December 13, 2021, I served the foregoing document to David Campbell by filing it in the Court's electronic case filing system.

/s/ Warren V. Norred
Warren V. Norred, Texas Bar No. 24045094